**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 7, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00563-CR

---

### IN RE ALBERT V. THOMAS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**263rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1145134**

---

## MEMORANDUM OPINION

On July 11, 2014, relator Albert V. Thomas filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jim Wallace, presiding judge of the 263rd District Court of Harris County, to enforce the

December 16, 2008 order, in which Judge Wallace found relator indigent for the purpose of paying for the clerk's record and reporter's record in the 2008 appeal of his underlying conviction for aggravated sexual assault of a child. Relator wants the trial court to direct the Harris County District Clerk to provide him with a free copy of the trial record because he alleges that he never received it pursuant to the trial court's December 16, 2008 order.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.
Do Not Publish — Tex. R. App. P. 47.2(b).